544 A.2d 445

HAZLETON AREA SCHOOL DISTRICT and James Correale, Jr., Appellees,

v.

LUZERNE INTERMEDIATE UNIT 18 and Pat Capece, Appellants.

Supreme Court of Pennsylvania.

Argued Sept. 24, 1987.

Decided July 27, 1988.

Anthony J. Lupas, Robert Panowicz, Wilkes–Barre, for appellants.

James S. Palermo, Hazleton, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

This appeal is dismissed as having been improvidently granted.

HUTCHINSON, Former J., did not participate in the consideration or decision of this case.